| PROB 22 (Rev 2/88) | **FILED**<br>IN CLERK'S OFFICE<br>U.S. DISTRICT COURT E.D.N.Y.<br>★ JUL 25 2006 ★<br>BROOKLYN OFFICE | DOCKET NUMBER (Tran. Court)<br>1:02-CR-00308-001 |
|---|---|---|
| | TRANSFER OF JURISDICTION | DOCKET NUMBER (Rec. Court) |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| April Hamilton<br>315 Sherwood Avenue, Apt. #3<br>Rochester, NY 14619 | New York Western | Rochester |
| | NAME OF SENTENCING JUDGE | |
| | Honorable Reena Raggi | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 08/09/04 | TO 08/08/07 |

**OFFENSE**

Importation of Cocaine
Title 21 USC §952(A)

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE __Eastern__ DISTRICT OF __New York__

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the __Western District of New York__ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

July 18, 2006
DATE

s/Reena Raggi
UNITED STATES DISTRICT JUDGE

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE __Western__ DISTRICT OF __New York__

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

EFFECTIVE DATE | UNITED STATES DISTRICT JUDGE

