

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.

★ JUL 25 2005 ★

BROOKLYN OFFICE

United States District Court

for

The Eastern District of New York

## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

**Name of Offender**: April Hamilton      **Case Number**: 1:02-CR-00308-001

**Name of Sentencing Judicial Officer**: Honorable Reena Raggi, U.S. District Judge

**Date of Original Sentence**: July 19, 2002

**Original Offense**: Importation of Cocaine

**Original Sentence**: Twenty-four (24) months custody of BOP followed by three (3) years Supervised Release.

**Type of Supervision**: Supervised Release      **Date Supervision Commenced**: 08/09/2004

## PETITIONING THE COURT

[ ]    To extend the term of supervision for _ years, for a total term of _ years.
[X]    To modify the conditions of supervision as follows:

The defendant shall comply with the conditions of home detention for a period not to exceed **six (6) months**. During this time, you will remain at your place of residence except for employment and other activities approved in advance by your probation officer. You will maintain a telephone at your place of residence without "call forwarding," a modem, "Caller ID," "call waiting," or portable cordless telephones for the above period. As approved by the probation officer, you shall wear an electronic monitoring device and follow electronic monitoring procedures specified by your probation officer. The defendant shall pay a portion or the total cost of electronic monitoring services at the daily rate provided by the U.S. Probation Office based on the defendant's ability to pay. The daily rate is subject to periodic adjustment. These payments will be made on a schedule approved by the probation officer.

RE: HAMILTON, APRIL
1:02-CR-00308-001

## CAUSE

Ms Hamilton was excused from the full time work requirement because she was allegedly attending school on a full time basis. She initially was able to verify this. However, in June 06, this officer asked for updated verification of enrollment. She provided a fraudulent document for this purpose. Upon checking with the school, it was learned that she was not currently enrolled. She was confronted about this and agreed to electronic monitored home detention as a sanction and she will also seek employment. (Prob 49 Consent to Modify enclosed)

Approved by:

David W. Bovard
Supervising U.S. Probation Officer

Respectfully submitted,

by David A. Varalli
U.S. Probation Officer
Date: June 20, 2006

---

THE COURT ORDERS:

[ ] No Action
[✓] The Extension of Supervision as Noted Above
[✓] The Modification of Conditions as Noted Above
[ ] Other

s/Reena Raggi
Signature of Judicial Officer

July 18, 2006
Date

PROB 49.1
(11/98)

# United States District Court
## Eastern District of New York

## Waiver of Hearing to Modify Conditions
## of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing. I further understand that all previously imposed conditions will remain in effect.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

The defendant shall comply with the conditions of home detention for a period not to exceed **six (6) months**. During this time, you will remain at your place of residence except for employment and other activities approved in advance by your probation officer. You will maintain a telephone at your place of residence without "call forwarding," a modem, "Caller ID," "call waiting," or portable cordless telephones for the above period. As approved by the probation officer, you shall wear an electronic monitoring device and follow electronic monitoring procedures specified by your probation officer. The defendant shall pay a portion or the total cost of electronic monitoring services at the daily rate provided by the U.S. Probation Office based on the defendant's ability to pay. The daily rate is subject to periodic adjustment. These payments will be made on a schedule approved by the probation officer.

Witness: _____  Signed: _____
David A. Varalli                              April Hamilton
U.S. Probation Officer

6-21-06
Date

# U.S. PROBATION DEPT.
## EASTERN DISTRICT OF NEW YORK



# ROUTING SLIP

**DATE:** July 14, 2006

**TO:** The Honorable Reena Raggi
U.S. Circuit Judge
Brooklyn

**FROM:** Deborah Nieders, Executive Assistant
Brooklyn
(347) 534-3520

**RE:** **TRANSFER OF JURISDICTION**
**HAMILTON, April (PACTS 36267)**
Docket No. 02-CR-308

Enclosed are three (3) Probation 22 - Transfer of Jurisdiction forms for your signature. The Western District of New York has requested that we initiate this transfer.

Thank you.

Please return forms to Deborah Nieders of the U.S. Probation Department.